**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | Criminal Action No. 07-122 (JAG) |
| v. : | |
| : | **ORDER** |
| JOSE R. CERBANTES, : | |
| : | |
| Defendant. : | |

**GREENAWAY, JR., U.S.D.J.**

This matter comes before this Court on the motion to dismiss, pursuant to the Speedy Trial Act, by defendant Jose R. Cerbantes ("Cerbantes" or "Defendant"); and it appearing that this Court reviewed the parties' submissions, and good cause appearing,

IT IS on this 30th day of July, 2008,

ORDERED that Defendant's motion to dismiss (Docket Entries No. 18, 24, 25, 30), is DENIED; and it is further

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

 S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.